UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA., | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 4:24CR121 JAR (NCC) |
| CRAIG A. SPIEGEL, M.D., | ) ) ) |
| Defendant. | ) |

## ORDER

This matter is before the Court on the Government's Motion to Stay Bond Execution and for *De Novo* hearing on detention. After a detention hearing was held on Government's Motion for Pretrial Detention pursuant to 18 U.S.C. §§ 3141-3142 of the Bail Reform Act, Magistrate Judge Stephen R. Welby issued a Memorandum and Order denying Government's Motion and set bond execution for March 18, 2024. ECF Nos. 22 and 23. The Government now requests this Court to stay the bond execution and order continued detention of Defendant until the Court can conduct a *de novo* hearing. Upon review of the record and taking into consideration the United States Pretrial Services Office's Bail Report and recommendation, the Court finds there is a basis to stay the bond execution in order for this Court to conduct a hearing on the Government's request for reconsideration and make a *de novo* determination of the order of detention pursuant to 18 U.S.C. § 3145(b).

Accordingly,

**IT IS HEREBY ORDERED** that the Government's Motion to Stay Bond Execution and Order Continued Detention of Defendant is **GRANTED.**

**IT IS FURTHER ORDERED** that a *De Novo* hearing on detention is set for hearing on

March 20, 2024, at 10:30 A.M.

    Dated this 15th day of March, 2024.

                                      _____
                                      **JOHN A. ROSS**
                                      **UNITED STATES DISTRICT JUDGE**