UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No.: 4:24CR121 JAR/NCC |
| CRAIG A. SPIEGEL, | ) ) ) |
| Defendant. | ) |

## **DEFENDANT'S MOTION TO SUPPRESS EVIDENCE**

COMES NOW Defendant, Craig Spiegel, by and through counsel, and pursuant to Fed. R. Crim. P. 12(b)(3), moves this Court to suppress the evidence obtained in connection with the August 30, 2022 search of Spiegel's office, known and numbered as 12255 DePaul Drive Suite 380 Bridgeton, MO 63044, because said evidence was obtained in violation of Spiegel's right to be free from unreasonable searches and seizures under the Fourth Amendment of the United States Constitution.

Spiegel further moves to suppress the evidence obtained from his person incident to his arrest during the August 2022 search, including his cell phone, on the grounds that the evidence was a product of the initial unlawful search, and on the independent grounds that the arrest was in violation of Spiegel's Fourth Amendment rights.

Spiegel further moves to suppress the evidence obtained from the search of his cell phone on or about September 1, 2022, on the grounds that the search was a product of the foregoing unlawful search and arrest, and on the independent grounds that the subsequent seizure of his cell phone after he was released from custody violated Spiegel's Fourth Amendment rights.

1

Lastly, Spiegel moves to suppress the evidence obtained from the subsequent search of his office on April 20, 2023, including the evidence obtained from the seizure and subsequent search of his phone, and his statements during an interrogation as the search of his office unfolded, because such evidence were the product of each of the foregoing Fourth Amendment violations, constituting poisonous fruit of the same.

Defendant files a Memorandum in Support of this Motion concurrently herewith and incorporated by reference as though fully set forth herein.

WHEREFORE, for these reasons and for all of those stated in Spiegel's Memorandum in Support of this Motion, Spiegel respectfully requests this Court enter an order suppressing the evidence and statements described herein.

Respectfully submitted,

ROSENBLUM, SCHWARTZ, FRY & JOHNSON, P.C.

By: /s/ *T.J. Matthes*
T.J. MATTHES, #67563MO
Attorney for Defendant
120 South Central Avenue, Suite 130
Clayton, Missouri 63105
(314) 862-4332/Facsimile 862-8050
tmatthes@rsfjlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on January 2, 2025, the foregoing was electronically filed with the Clerk of the Court to be served by operation of the Court's electronic filing system.