UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:24CR00121 JAR |
| ) | |
| CRAIG A. SPIEGEL, M.D., ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on the Report and Recommendation of United States Magistrate Judge Stephen R. Welby (ECF No. 186). On January 2, 2025, Defendant Spiegel filed a Motion to Suppress Evidence (ECF No. 115). After full briefing of the issues and a hearing, Magistrate Judge Welby recommends the Court deny Defendant's Motion to Suppress Evidence.

Pursuant to 28 U.S.C. § 636(b), these matters were referred to United States Magistrate Judge Stephen R. Welby, who filed a Report and Recommendation on August 11, 2025 (ECF No. 186). Defendant Spiegel filed objections to the Report and Recommendation on September 4, 2025 (ECF No. 189), stating that he objects to the conclusions drawn by Magistrate Judge Welby. After consideration of all briefing and the factual record made at the hearing, the Court finds that the Magistrate Judge's conclusions are supported by the evidence, and Defendant Spiegel's objections are not persuasive.

The Magistrate Judge recommends that the Defendant's Motion to Suppress Evidence be denied. After de novo review of this matter, this Court adopts the Magistrate Judge's recommendation.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the United States Magistrate Judge [186] is **SUSTAINED, ADOPTED, AND INCORPORATED** herein.

**IT IS FURTHER ORDERED** that the Motions to Suppress Evidence [115] is **DENIED**.

**IT IS FURTHER ORDERED** that this matter is scheduled for Jury Trial on **Monday, November 17, 2025 at 9:00 a.m.**

Dated this 5th day of November, 2025.

*John A. Ross*
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE