UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:24-CR-00121-JAR |
| CRAIG A. SPIEGEL M.D., | ) |
| Defendant. | ) |

**ORDER**

**IT IS HEREBY ORDERED** that the Court will hold a Change of Plea Hearing on **December 11, 2025 at 3:30 p.m.** in Courtroom 3 North.

Dated this 2nd day of December, 2025.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE